■ THE PEOPLE OF THE STATE OF NEW YORK v. VICTOR GARCIA.— Motion to relieve assigned counsel and assign new counsel denied as academic since an order has heretofore been entered assigning new counsel. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ HENRY P. REINEKE v. LESAVOY FOUNDATION.— Motion to dismiss appeal and for other relief denied. The appeal is limited only to the question of special circumstances within subdivision (d) of rule 115 of the Rules of Civil Practice. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HOUSTON WHITE (Alias " ACE ").— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including December 11, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN MOORE.— Motion by District Attorney, New York County, to dismiss as nonappealable under section 517 of the Code of Criminal Procedure the order of the Supreme Court, New York County, entered on October 2, 1962, denying defendant's motion for a free copy of the stenographic trial minutes is in all respects granted. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ EVELYN M. MOISE v. WILLIAM L. MOISE.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ BERNARD SPIELBERG v. TELECHROME MANUFACTURING CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ (A) SOPHIE L. JOHNSON, as Administratrix, v. CHRIS HARRIS et al. (B) LEONARD A. PRINGLETON, as Administrator, v. BRONX HOSPITAL et al.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 27, 1962, with notice of argument for January 8, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ JEANNE C. ROSE v. HAROLD W. ROSE.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated November 3, 1962, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 27, 1962, with notice of argument for January 8, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ HANNAH GOLDMAN v. HERBERT GOLDMAN, as Executor.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of GALLANT JOE'S REST, INC., v. NEW YORK STATE LIQUOR AUTHORITY.— Motion to dismiss proceeding granted, with $10 costs, unless the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before January 8, 1963, with notice of argument for the February 1963 Term of this court, said proceeding to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.